EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br>Medidas Judiciales para atender<br>Emergencia causada por la<br>Tormenta Tropical Erika | 2015 TSPR 118<br><br>193 DPR ____ |
|---|---|

Número del Caso: EM-2015-05

Fecha: 27 de agosto de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Medidas judiciales
para atender                    EM-2015-05
emergencia causada
por la Tormenta Tropical
Erika

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de agosto de 2015.

El 26 de agosto de 2015, el Servicio Nacional de Meteorología emitió un aviso de tormenta tropical debido al paso de la tormenta Erika. Por tal razón, se decretó el cierre de los tribunales en las regiones judiciales de Fajardo, Humacao y Carolina, incluyendo la Sala de Río Grande, durante todo el día del jueves, 27 de agosto de 2015. Además, las demás Regiones Judiciales y dependencias de la Rama Judicial operaron en horario regular hasta las doce del mediodía, quedando suspendidas las labores en la tarde.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará los dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 27 de agosto de 2015 como si fuera feriado. Cualquier término a vencer ese día y mientras dure la emergencia, se extenderá hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo